IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| STEPHANIE BRIDGES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 4:13-cv-00644-SOW |
| | ) |
| THE COCA-COLA COMPANY and ENERGY | ) |
| BRANDS INC. d/b/a GLACEAU | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

Defendants The Coca-Cola Company and Energy Brands Inc. d/b/a/ glaceau, by and through their undersigned counsel, hereby certify that a true and correct copy of The Coca-Cola Company's Responses to Plaintiff's First Set of Interrogatories; Energy Brands, Inc.'s Responses to Plaintiff's First Set of Interrogatories; The Coca-Cola Company's Responses to Plaintiff's First Requests for Admission; Energy Brands, Inc.'s Responses to Plaintiff's First Requests for Admission; and The Coca-Cola Company and Energy Brands, Inc.'s Responses to Plaintiff's First Request for Production of Documents was served by electronic mail and United States Mail, postage prepaid, this 15th day of October, 2013 on:

Christopher S. Shank
Shank & Hamilton, P.C.
2345 Grand Blvd., Suite 1600
Kansas City, Missouri, 64108

Respectfully Submitted,

SHOOK, HARDY & BACON L.L.P.

By: _____

James R. Eiszner, #49074
2555 Grand Blvd.
Kansas City, MO 64108-2613
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
Email: jeiszner@shb.com
**ATTORNEYS FOR DEFENDANTS
THE COCA-COLA COMPANY AND
ENERGY BRANDS INC. D/B/A
GLACEAU**

270054 v1

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of October, 2013, I electronically filed the above and foregoing Certificate of Service with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

_____Tommy B. Webb_____
Attorney for Defendants

270054 v1